NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3264

MARIEO L. FOSTER,

Petitioner,

v.

DEPARTMENT OF DEFENSE,

Respondent.

Richard L. Thompson, II, Law Firm of Nathaniel D. Johnson, LLC, of La Plata, Maryland, argued for petitioner. With him on the brief was Nathaniel D. Johnson.

Sean M. Dunn, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General; Jeanne E. Davidson, Director; and Harold D. Lester, Jr., Assistant Director.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3264

MARIEO L. FOSTER,

Petitioner,

v.

DEPARTMENT OF DEFENSE,

Respondent.

# *Judgment*

ON APPEAL from the   MERIT SYSTEMS PROTECTION BOARD

in CASE NO(S).        DC0752060765-I-1

This CAUSE having been heard and considered, it is

*ORDERED and ADJUDGED:*

Per Curiam (SCHALL and PROST, <u>Circuit Judges</u>, and WARD, <u>District Judge</u><sup>*</sup>

**AFFIRMED**. <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED  *June 6, 2008*          */s/ Jan Horbaly*
                               *Jan Horbaly, Clerk*

---

*        Honorable T. John Ward, District Judge, United States District Court for the Eastern District of Texas, sitting by designation.